**Order entered December 14, 2016**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-01207-CV

### IN THE INTEREST OF A.G., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-1176-W**

## ORDER

Before the Court is appellant's December 12, 2016 second motion of extension of time to file a brief. We **GRANT** appellant's motion and **ORDER** the brief received on December 12, 2016 filed as of the date of this order. Appellee's brief is due by January 3, 2016.

/s/    ELIZABETH LANG-MIERS
        JUSTICE